**No. 09-9196. Rickey Sabedra, Petitioner v. United States Court of Appeals for the Fifth Circuit.**

559 U.S. 1090, 130 S. Ct. 2398, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3485.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.